UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

GARY LIPP,

        Plaintiff,

  v.

NORTHSTAR LOCATION SERVICES, LLC,

        Defendant.

Case No.: CV-11-455 SJO (JEMx)

(PROPOSED) ORDER REGARDING PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE 26(f) REPORT AND CONTINUE SCHEDULING CONFERENCE

2/2/11
SJO
**DENIED**
BY ORDER OF THE COURT

THIS MATTER, having come before the Court on Plaintiff's Motion to Extend the Time to File 26(f) Report and Motion to Continue Scheduling Conference, and the Court, having reviewed the Motion and otherwise being fully advised in the premises hereby ORDERS and ADJUDGES that:

1. Plaintiff's Motion is GRANTED.

2. The parties shall file a joint 26(f) report on or before April 29, 2011.

3. The scheduling/status conference shall be held on May 2, 2011 at 8:30 a.m.

IT IS SO ORDERED

Date: _____

**DENIED**
BY ORDER OF THE COURT
_____
S. James Otero
United States District Judge