# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 11-00455 SJO (JEMx)   **DATE:** March 16, 2011

**TITLE:** Gary Lipp v. Northstar Location Services, LLC

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**              **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                                     Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER DENYING PLAINTIFF'S REQUEST TO VACATE DATES SET ON CALENDAR**
[Docket No. 19]

The Court is in receipt of Plaintiff Gary Lipp's ("Plaintiff") Notice of Settlement ("Notice"), filed on March 16, 2011. (Docket No. 19.) In the Notice, Plaintiff states that a settlement has been reached, which "Plaintiff anticipates will be finalized within the next 40 days." (Notice 1:16-17.) Plaintiff requests that the Court vacate all dates currently set on calender for the present matter. (*Id.* at 1: 18-19.)

Pursuant to Federal Rule of Civil Procedure 41(a), the Court will not dismiss the action and vacate all dates remaining on calendar, including the Scheduling Conference set for **April 4, 2011**, until a Notice of Dismissal has been filed with the Court. See Fed. R. Civ. P. 41(a)(1)(A)(i).

The Court **DENIES** Plaintiff's Request to Vacate and **all dates on the calendar remain**, unless a Notice of Dismissal is filed.

IT IS SO ORDERED.