James D. Pacitti, Esq. (SBN 248696)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
jpacitti@consumerlawcenter.com
T: (323) 988-2400 x230
F: (866) 385-1408
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GARY LIPP, | Case No.: 11-CV-00455 SJO (JEMx) |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| NORTHSTAR LOCATION SERVICES, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GARY LIPP, by and through his attorneys, KROHN & MOSS, LTD. and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 28, 2011          KROHN & MOSS, LTD.

                               By:/s/ James D. Pacitti

                                  James D. Pacitti
                                  Attorney for Plaintiff,
                                  GARY LIPP